# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

WAYNE ROOKS, JR.                                                                                    PLAINTIFF

V.                                    NO: 4:13CV00351 JMM

WAYNE ROOKS, SR. *et al.*                                                                       DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 24th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE